PETER STUYVESANT OPERATING CORPORATION, Respondent, v. ARTHUR L. SHAKMAN and Another, as Executors, etc., of ISABELLE S. SCHWAB, Deceased,

Appellants.— Determination affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an answer on payment of said costs and the costs and disbursements at the Appellate Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.